IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN HAILE,

    Plaintiff,
v.                                                        CASE NO. 4:16-cv-364-RH-GRJ

JULIE JONES,
et al.,

    Defendants.
_____/

## **O R D E R**

    Plaintiff, an inmate presently confined at Union Correctional Institution in Raiford, Florida, initiated this case by filing a civil rights complaint pursuant to 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff alleges that he has been sexually assaulted by officers at Florida State Prison and Union CI, that he has been denied medical care, and that he was subjected to excessive force at Columbia CI.  Although Plaintiff makes passing reference to other prisons, it appears that the gravamen of his claims concerns the conditions of confinement at his current prison, Union CI.  ECF No. 1.

    Venue is proper in a civil action in a judicial district: (1) in which any defendant resides, if all defendants are residents of the State in which the

district is located; (2) in which a substantial part of the events or omissions giving rise to the claim occurred; or (3) if there is no district in which the action may otherwise be brought, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action. 28 U.S.C. § 1391(b).

Union CI is located in the Jacksonville Division of the Middle District of Florida. Because the events giving rise to the Complaint occurred in the Middle District, Jacksonville Division, and the proper Defendants are also located in that district and division, this case should have been filed in the Middle District of Florida, Jacksonville Division. *See* 28 U.S.C § 1391(b).

Pursuant to 28 U.S.C. § 1406(a) where, as here, a case has been filed in the wrong venue, "[T]he district court of a district in which is filed a case laying venue in the wrong ... district shall dismiss, or if it be in the interest of justice, transfer such case to any district ... in which it could have been brought." In view of the fact that the Plaintiff is a prisoner proceeding *pro se,* transfer of this case rather than dismissal would be in the interests of justice.

It is therefore **ORDERED** that pursuant to 28 U.S.C. § 1406(a) this case is **TRANSFERRED** to the United States District Court for the Middle

District of Florida, Jacksonville Division.

**DONE AND ORDERED** this 23rd day of June 2016.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge